894 A.2d 657

IN THE MATTER OF MICHAEL LEE BLOCK, AN ATTORNEY AT LAW (ATTORNEY NO. 35591990).

March 29, 2006.

## ORDER

**MICHAEL LEE BLOCK** of **VOORHEES**, who was admitted to the bar of this State in 1990, having been temporarily suspended from practice effective March 28, 2006, for failure to pay the final installment of a sanction payable to the Disciplinary Oversight Committee;

And the Disciplinary Review Board having reported to the Court that subsequent to the filing of the Order of suspension, respondent submitted a check to satisfy his obligation to the Disciplinary Oversight Committee;

And good cause appearing;

IT is ORDERED that **MICHAEL LEE BLOCK** be restored to the practice of law, effective immediately.